# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**JOHN M. DAVIS**　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
**Reg # 84034-012**

**VS.**　　　　　　　　　**2:10CV00135-WRW-BD**

**T.C. OUTLAW, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**　　　　　　　　　　　　　　　　　　　**RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 12th day of November, 2010.

　　　　　　　　　　　　　　　　　　　　　　/s/Wm. R. Wilson, Jr.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1